**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

　ALICIA JONES



Order Filed on March 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-32198VFP

Hearing Date:  3/21/2019

Judge:  VINCENT F. PAPALIA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: March 29, 2019**

_/s/ Vincent F. Papalia_
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.: 18-32198VFP

Caption of Order:     INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 03/21/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that case will be dismissed at the 4/4/19 confirmation hearing if debtor is not current with plan payments.