Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−32198−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia Jones
   fka Alicia Jacobson Jones
   59 Brookdale Avenue
   Newark, NJ 07106

Social Security No.:
   xxx−xx−5039

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/8/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 8, 2019
JAN: mcp

                                  Jeanne Naughton
                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Alicia Jones  
    Debtor

Case No. 18-32198-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Apr 08, 2019  
                  Form ID: 148     Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.

```
db            +Alicia Jones,   59 Brookdale Avenue,    Newark, NJ 07106-1813
cr            +Wilmington Savings Fund Society, FSB, d/b/a Christ,    RAS Crane LLC,
               10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
517860859     +Cardiac Care of North Jersey,    340 East Northfield Road,    Suite 2C,
               Livingston, NJ 07039-4892
517860863     +Credence Resource Management,    Po Box 2300,    Southgate, MI 48195-4300
517860864     +Eos Cca,    Attn: Bankruptcy,    Po Box 329,    Norwell, MA 02061-0329
517860865     +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517860866     +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517860867     +Imaging Consultants of Essex,    PO Box 3247,    Indianapolis, IN 46206-3247
517860869     +KML Law Group PC,    216 Haddon Avenue, ste 406,    Collingswood, NJ 08108-2812
517860870     +New Jersey Anesthesia Associates,    200 S Orange Ave,    Livingston, NJ 07039-5817
517860871     +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
518064217    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
               PO Box 245,    Trenton, NJ 08695-0245)
517860878      Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
517860879     +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
517860880     +TransUnion,    555 W. Adams Street,    Chicago, IL 60661-3631
517958300      U.S. Bank National Association, as Trustee,    c/o Wells Fargo Bank, N.A. as Servicer,
               Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,    Eagan, MN 55121-7700
517860882     +Unified Vailsburg Services,    42 Richelieu Terrace,    Newark, NJ 07106-1634
517963699     +Varius Holdings, LLC,    PO BOX 1931,    Burlingame, CA 94011-1931
517973622     +WILMINGTON SAVINGS FUND SOCIETY,    9990 Richmond Ave. Suite 400 South,    Houston TX 77042-4546
517973040      Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000 Raleigh, NC 27605
517873151     +Wilmington Savings Fund Society,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
               Duluth, GA 30097-8461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 00:13:16     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 00:13:14     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Apr 09 2019 03:48:00     Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,    Norfolk, VA 23541-1021
517860857     +EDI: CINGMIDLAND.COM Apr 09 2019 03:48:00     AT&T Mobility,    1025 Lenox Park Blvd. NE,
               Atlanta, GA 30319-5309
517922234      EDI: BECKLEE.COM Apr 09 2019 03:48:00     American Express National Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517860856     +EDI: AMEREXPR.COM Apr 09 2019 03:48:00     Amex,    Correspondence/Bankruptcy,    Po Box 981540,
               El Paso, TX 79998-1540
517894207     +EDI: PRA.COM Apr 09 2019 03:48:00     Bureaus Investment Group Portfolio No 15 LLC,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517860858      EDI: CAPITALONE.COM Apr 09 2019 03:48:00     Capital One Bank USA N.,    15000 Capital One Drive,
               Richmond, VA 23238
517860860     +EDI: CHASE.COM Apr 09 2019 03:48:00     Chase Card Services,    Correspondence Dept,
               Po Box 15298,    Wilmington, DE 19850-5298
517860861     +Fax: 602-659-2196 Apr 09 2019 00:39:43     Chex System,    7805 Hudson Road,    suite 100,
               Saint Paul, MN 55125-1703
517860862     +EDI: CITICORP.COM Apr 09 2019 03:48:00     Citibank,    PO Box 6241,
               Sioux Falls, SD 57117-6241
517957551     +EDI: AIS.COM Apr 09 2019 03:48:00     Directv, LLC,    by American InfoSource as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517860868     +EDI: IRS.COM Apr 09 2019 03:48:00     Internal Revenue Service,    P.O. Box 804527,
               Cincinnati, OH 45280-4527
517860872     +E-mail/Text: bnc@nordstrom.com Apr 09 2019 00:12:38     Nordstrom FSB,    Attn: Bankruptcy,
               Po Box 6555,    Englewood, CO 80155-6555
517860873     +E-mail/Text: bankruptcy@onlineis.com Apr 09 2019 00:13:39     Online Collections,
               Attn: Bankruptcy,    Po Box 1489,    Winterville, NC 28590-1489
517973105      EDI: PRA.COM Apr 09 2019 03:48:00     Portfolio Recovery Associates, LLC,    c/o Gap,
               POB 41067,    Norfolk VA 23541
517973106      EDI: PRA.COM Apr 09 2019 03:48:00     Portfolio Recovery Associates, LLC,    c/o The Home Depot,
               POB 41067,    Norfolk VA 23541
517860874     +EDI: PRA.COM Apr 09 2019 03:48:00     Portfolio Recovery,    Po Box 41021,
               Norfolk, VA 23541-1021
517860875     +E-mail/Text: bankruptcy@savit.com Apr 09 2019 00:13:57     SaVit Collection Agency,
               Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
517860876     +E-mail/Text: bkteam@selenefinance.com Apr 09 2019 00:12:36     Selene Finance,    Po Box 422039,
               Houston, TX 77242-4239
517863432     +EDI: RMSC.COM Apr 09 2019 03:48:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 08, 2019
                              Form ID: 148             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517860877     +EDI: RMSC.COM Apr 09 2019 03:48:00      Synchrony Bank,   PO BOX 960061,
               Orlando, FL 32896-0061
517860881     +EDI: ECMC.COM Apr 09 2019 03:48:00      U.S. Department of Education,   Ecmc/Bankruptcy,
               Po Box 16408,   Saint Paul, MN 55116-0408
517860883     +EDI: VERIZONCOMB.COM Apr 09 2019 03:48:00       Verizon,   P.O Box 4833,   Trenton, NJ 08650-4833
517860884      EDI: WFFC.COM Apr 09 2019 03:48:00      Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
               Greenville, SC 29606
517860886      EDI: WFFC.COM Apr 09 2019 03:48:00      Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
               Frederick, MD 21701
517952069      EDI: WFFC.COM Apr 09 2019 03:48:00      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
               PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
517860885     +EDI: WFFC.COM Apr 09 2019 03:48:00      Wells Fargo Dealer Services,   Attn: Bankruptcy,
               Po Box 19657,   Irvine, CA 92623-9657
                                                                                               TOTAL: 28

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:

```
          Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michelle Labayen    on behalf of Debtor Alicia  Jones michelle@labayenlaw.com,
           benitezgiovanna@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series
           2007-WFHE2 ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series
           2007-WFHE2 ecf@powerskirn.com
                                                                                               TOTAL: 7
```