Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                              Case No.:  18−32198−VFP
                                              Chapter:  13
                                              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia Jones
   fka Alicia Jacobson Jones
   59 Brookdale Avenue
   Newark, NJ 07106

Social Security No.:
   xxx−xx−5039

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                  6/20/19
Time:                08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 20, 2019
JAN: mcp

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 18-32198-VFP
Alicia Jones                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: May 20, 2019
                               Form ID: 132                 Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
```
db             +Alicia Jones,    59 Brookdale Avenue,    Newark, NJ 07106-1813
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    RAS Crane LLC,
                 10700 Abbotts Bridge Road, Suite 170,   Duluth, GA 30097-8461
517922234       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517860856      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
517860859      +Cardiac Care of North Jersey,    340 East Northfield Road,    Suite 2C,
                 Livingston, NJ 07039-4892
517860860      +Chase Card Services,    Correspondence Dept,   Po Box 15298,    Wilmington, DE 19850-5298
517860862      +Citibank,   PO Box 6241,    Sioux Falls, SD 57117-6241
517860863      +Credence Resource Management,    Po Box 2300,   Southgate, MI 48195-4300
517860864      +Eos Cca,   Attn: Bankruptcy,    Po Box 329,   Norwell, MA 02061-0329
517860865      +Equifax,   POB 740241,    Atlanta, GA 30374-0241
517860866      +Experian,   475 Anton Blvd,    Costa Mesa, CA 92626-7037
517860867      +Imaging Consultants of Essex,    PO Box 3247,   Indianapolis, IN 46206-3247
517860869      +KML Law Group PC,   216 Haddon Avenue, ste 406,    Collingswood, NJ 08108-2812
517860870      +New Jersey Anesthesia Associates,    200 S Orange Ave,    Livingston, NJ 07039-5817
517860871      +New Jersey Gross Income Tax,    P.O Box 046,   Trenton, NJ 08646-0046
518064217     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
517860878       Target,   Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
517860879      +The Bureaus Inc,   Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
517860880      +TransUnion,   555 W. Adams Street,    Chicago, IL 60661-3631
517958300       U.S. Bank National Association, as Trustee,    c/o Wells Fargo Bank, N.A. as Servicer,
                 Default Document Processing,   N9286-01Y, 1000 Blue Gentian Road,    Eagan, MN 55121-7700
517860881      +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
517860882      +Unified Vailsburg Services,    42 Richelieu Terrace,    Newark, NJ 07106-1634
517963699      +Varius Holdings, LLC,    PO BOX 1931,   Burlingame, CA 94011-1931
517860886     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
517860884     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,   MAC X2303-01A,    DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
517973622      +WILMINGTON SAVINGS FUND SOCIETY,    9990 Richmond Ave. Suite 400 South,    Houston TX 77042-4546
517973040       Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000 Raleigh, NC 27605
517952069       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517860885      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
517873151      +Wilmington Savings Fund Society,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 21 2019 00:33:15     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2019 00:33:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 00:30:29
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517860857      +E-mail/Text: g20956@att.com May 21 2019 00:33:42     AT&T Mobility,    1025 Lenox Park Blvd. NE,
                 Atlanta, GA 30319-5309
517894207      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 21 2019 00:29:59
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
517860858       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 21 2019 00:29:57
                 Capital One Bank USA N.,    15000 Capital One Drive,    Richmond, VA 23238
517860861      +Fax: 602-659-2196 May 21 2019 00:50:41     Chex System,    7805 Hudson Road,   suite 100,
                 Saint Paul, MN 55125-1703
517957551       E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM May 21 2019 00:44:10      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517860868       E-mail/Text: cio.bncmail@irs.gov May 21 2019 00:32:47     Internal Revenue Service,
                 P.O. Box 804527,   Cincinnati, OH 45280-4527
517860872       E-mail/Text: bnc@nordstrom.com May 21 2019 00:32:42     Nordstrom FSB,    Attn: Bankruptcy,
                 Po Box 6555,   Englewood, CO 80155-6555
517860873      +E-mail/Text: bankruptcy@onlineis.com May 21 2019 00:33:39     Online Collections,
                 Attn: Bankruptcy,   Po Box 1489,    Winterville, NC 28590-1489
517973105       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 21 2019 00:29:28
                 Portfolio Recovery Associates, LLC,    c/o Gap,   POB 41067,   Norfolk VA 23541
517973106       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 21 2019 00:29:28
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: May 20, 2019
                              Form ID: 132             Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517860874       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 21 2019 00:45:11
                 Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
517860875       +E-mail/Text: bankruptcy@savit.com May 21 2019 00:33:58      SaVit Collection Agency,
                 Attn: Bankruptcy,   Po Box 250,   East Brunswick, NJ 08816-0250
517860876       +E-mail/Text: bkteam@selenefinance.com May 21 2019 00:32:41      Selene Finance,   Po Box 422039,
                 Houston, TX 77242-4239
517863432       +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 00:30:29      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517860877       +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 00:30:28      Synchrony Bank,   PO BOX 960061,
                 Orlando, FL 32896-0061
517860883       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 21 2019 00:32:25
                 Verizon,   P.O Box 4833,   Trenton, NJ 08650-4833
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2019 at the address(es) listed below:
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Debtor Alicia  Jones michelle@labayenlaw.com,
               silvia@labayenlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series
               2007-WFHE2 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series
               2007-WFHE2 ecf@powerskirn.com
                                                                                             TOTAL: 7
```