Order Filed on August 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
ALICIA JONES

**Case No.: 18-32198**

**Hearing Date: 08/01/2019**

**Judge: VINCENT F. PAPALIA**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: August 12, 2019**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): ALICIA JONES

Case No.: 18-32198VFP

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 08/01/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 8/1/2019 of the plan filed on 06/11/2019, is denied; and it is further

ORDERED, that Debtor must convert case to Chapter 7 by 8/15/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.