UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Michelle Labayen
Law office of Michelle Labayen PC
24 Commerce Street, Ste 1300
Newark, NJ 07201
973-622-1584
michelle@labayenlaw.com

Order Filed on October 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Alicia Jones

Case No.: 18-32198

Chapter: 13

Judge: Papalia

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 16, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____07/29/2019_____ :

Property:     59 Brookdale Avenue, Newark, NJ 07106

Creditor:     Selene Finance

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __1/26/2020__ .

The Loss Mitigation Period is terminated, effective _____ .

Revised 9/19/13