UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Case No.: 18-32198 VFP

ALICIA JONES, Debtor(s).  Chapter 7

Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on *November 19, 2019 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3B. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property: 30 Water Wheel Lane, Easton, PA (Single Family Residence)

Value of property: $ 297,000 (Appraisal 08/03/2019)

Less about 10% costs of sale: $ 29,700

Liens on property: $ 293,000 (11/01/2019)

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name:      Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger, Sanders & Kartzman, LLC

Address:   101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone: 973.267.0220

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                            Case No. 18-32198-VFP
Alicia Jones                                                      Chapter 7
        Debtor                CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2             Date Rcvd: Oct 17, 2019
                              Form ID: pdf905            Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
db             +Alicia Jones,    59 Brookdale Avenue,     Newark, NJ 07106-1813
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    RAS Crane LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
517922234       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517860856      +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
517860859      +Cardiac Care of North Jersey,    340 East Northfield Road,    Suite 2C,
                 Livingston, NJ 07039-4892
517860860      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517860862      +Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
517860863      +Credence Resource Management,    Po Box 2300,    Southgate, MI 48195-4300
517860864      +Eos Cca,    Attn: Bankruptcy,    Po Box 329,    Norwell, MA 02061-0329
517860865      +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517860866      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517860867      +Imaging Consultants of Essex,    PO Box 3247,    Indianapolis, IN 46206-3247
517860869      +KML Law Group PC,    216 Haddon Avenue, ste 406,    Collingswood, NJ 08108-2812
517860870      +New Jersey Anesthesia Associates,    200 S Orange Ave,    Livingston, NJ 07039-5817
517860871      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
518064217     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
517860878       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
517860879      +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
517958300       U.S. Bank National Association, as Trustee,    c/o Wells Fargo Bank, N.A. as Servicer,
                 Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,    Eagan, MN 55121-7700
517860881      +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
517860882      +Unified Vailsburg Services,    42 Richelieu Terrace,    Newark, NJ 07106-1634
517963699      +Varius Holdings, LLC,    PO BOX 1931,    Burlingame, CA 94011-1931
517860886     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
517860884     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
517973622      +WILMINGTON SAVINGS FUND SOCIETY,    9990 Richmond Ave. Suite 400 South,    Houston TX 77042-4546
517973040       Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000 Raleigh, NC 27605
517952069       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517860885      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
517873151      +Wilmington Savings Fund Society,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: BNC@magtrustee.com Oct 18 2019 01:17:15     Marie-Ann Greenberg,
                 Chapter 13 Standing Trustee,    30 Two Bridges Rd,    Suite 330,    Fairfield, NJ 07004-1550
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2019 01:16:38     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2019 01:16:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:22:48
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517860857      +E-mail/Text: g20956@att.com Oct 18 2019 01:17:07     AT&T Mobility,    1025 Lenox Park Blvd. NE,
                 Atlanta, GA 30319-5309
517894207      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2019 01:24:16
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
517860858       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2019 01:24:13
                 Capital One Bank USA N.,    15000 Capital One Drive,    Richmond, VA 23238
517860861      +Fax: 602-659-2196 Oct 18 2019 02:44:16      Chex System,    7805 Hudson Road,    suite 100,
                 Saint Paul, MN 55125-1703
517957551      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2019 01:24:30     Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517860868      +E-mail/Text: cio.bncmail@irs.gov Oct 18 2019 01:16:00     Internal Revenue Service,
                 P.O. Box 804527,    Cincinnati, OH 45280-4527
517860872      +E-mail/Text: bnc@nordstrom.com Oct 18 2019 01:15:55     Nordstrom FSB,    Attn: Bankruptcy,
                 Po Box 6555,    Englewood, CO 80155-6555
517860873      +E-mail/Text: bankruptcy@onlineis.com Oct 18 2019 01:17:05     Online Collections,
                 Attn: Bankruptcy,    Po Box 1489,    Winterville, NC 28590-1489
517973105       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2019 01:37:55
                 Portfolio Recovery Associates, LLC,    c/o Gap,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Oct 17, 2019
                              Form ID: pdf905          Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517973106         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2019 01:37:29
                   Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,   Norfolk VA 23541
517860874        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2019 01:37:30
                   Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
517860875        +E-mail/Text: bankruptcy@savit.com Oct 18 2019 01:17:22      SaVit Collection Agency,
                   Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
517860876        +E-mail/Text: bkteam@selenefinance.com Oct 18 2019 01:15:53       Selene Finance,    Po Box 422039,
                   Houston, TX 77242-4239
517863432        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:24:06       Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517860877        +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:24:05       Synchrony Bank,    PO BOX 960061,
                   Orlando, FL 32896-0061
517860880         E-mail/Text: DASPUBREC@transunion.com Oct 18 2019 01:15:11       TransUnion,
                   555 W. Adams Street,    Chicago, IL 60661
517860883        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 18 2019 01:15:04
                   Verizon,    P.O Box 4833,    Trenton, NJ 08650-4833
                                                                                               TOTAL: 21

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Michelle  Labayen    on behalf of Debtor Alicia   Jones michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               rsolarz@kmllawgroup.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman     kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series
               2007-WFHE2 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series
               2007-WFHE2 ecf@powerskirn.com
                                                                                               TOTAL: 10
```