Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−32198−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia Jones
   fka Alicia Jacobson Jones
   59 Brookdale Avenue
   Newark, NJ 07106

Social Security No.:
   xxx−xx−5039

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on November 4, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 103 − 101
Order to Shorten Time (related document:101 Motion to dismiss case for other reasons filed by Debtor Alicia Jones) Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/4/2019. Hearing scheduled for 11/19/2019 at 10:00 AM at VFP − Courtroom 3B, Newark. (mcp)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: November 4, 2019
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-32198-VFP
Alicia Jones                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Nov 04, 2019
                               Form ID: orderntc        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2019.
```
db          +Alicia Jones,    59 Brookdale Avenue,    Newark, NJ 07106-1813
aty         +Mellinger, Sanders & Kartzman, LLC,    101 Gibtaltar Drive, Suite 2F,
              Morris Plains, NJ 07950-1287
r           +KW Midtown Direct Realty,    223 Mountain Avenue,    Springfield, NJ 07081-2213
cr          +Wilmington Savings Fund Society, FSB, d/b/a Christ,    RAS Crane LLC,
              10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +E-mail/Text: BNC@magtrustee.com Nov 05 2019 00:26:40     Marie-Ann Greenberg,
              Chapter 13 Standing Trustee,    30 Two Bridges Rd,   Suite 330,   Fairfield, NJ 07004-1550
cr          +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2019 00:34:03
              Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 2
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Debtor Alicia Jones michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               rsolarz@kmllawgroup.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor   U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series
               2007-WFHE2 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series
               2007-WFHE2 ecf@powerskirn.com
                                                                                             TOTAL: 10
```