

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust | Order Filed on November 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  18-32198 VFP |
| In Re:<br>      Alicia Jones,<br><br>Debtor. | Chapter 7<br><br>Judge:  Vincent F. Papalia |

## CONSENT ORDER REINSTATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 8, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtor: Alicia Jones
Case No: 18-32198 VFP
Caption of Order: CONSENT ORDER REINSTATING STAY

_____

      THIS MATTER having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, Denise Carlon appearing, upon an application in lieu of a motion for entry of a consent order to reinstate the automatic stay as to real property located at 59 59A Brookdale Avenue, Newark, NJ, 07102, and this Court having considered the representations of attorneys for Secured Creditor and Steven P. Kartzman, Chapter 7 Trustee, and the parties having consented to the relief provided as appears from the signatures of counsel affixed hereto, it is hereby

      **ORDERED AS FOLLOWS:**

1. The automatic stay with regard to real property located at 59 59A Brookdale Avenue, New Jersey 07102 is hereby reinstated up to and including April 30, 2020; and
2. The automatic stay as to the subject property is hereby reinstated; and
3. The relief provided is without prejudice to the Trustee's filing of an application with the Court seeking a further extension of the time period, and/or further consensual extension; and
4. Counsel for Wilmington Savings Fund Society, FSB, shall immediately advise the Sheriff of Essex County of the entry of this Order;

I hereby agree and consent to the above terms and conditions:      Dated:  10/28/19

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR


I hereby agree and consent to the above terms and conditions:      Dated:  10/28/19

*/s/ Steven P. Kartzman*
STEVEN P. KARTZMAN, CHAPTER 7 TRUSTEE