**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

Order Filed on November 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>ALICIA JACOBSON JONES,<br><br>Debtor. | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Chapter 7<br><br>Case No.: 18-32198 (VFP)<br><br>Honorable Vincent F. Papalia |

**ORDER DENYING MOTION OF THE DEBTOR TO DISMISS CHAPTER 7 CASE PURSUANT TO FED.R.BANKR.P. 1017 AND 11 U.S.C. § 707(a)**

The relief set forth on the following page numbered two is hereby **ORDERED**.

**DATED: November 25, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:     Alicia Jacobson Jones
Case No.:   18-32198 (VFP)
Caption:    Order Denying Motion of the Debtor to Dismiss Chapter 7 Case Pursuant to Fed.R.Bankr.P. 1017 and 11 U.S.C. § 707(a)

---

This matter having been brought before the Court by motion of Alicia Jacobson Jones (the "Debtor") to dismiss her Chapter 7 case pursuant to Fed.R.Bankr.P. 1017 and 11 U.S.C. § 707(a) (the "Motion to Dismiss"); and the Court having considered the pleadings in support of the Motion to Dismiss; and the Court having considered opposition to the Motion to Dismiss filed by Steven P. Kartzman, Chapter 7 Trustee; and a hearing having been conducted by the Court on November 19, 2019; and for the reasons as set forth on the record; it is hereby

**ORDERED AS FOLLOWS**:

1.  The Motion is denied.

2.  Counsel for the Trustee shall serve a copy of this Order upon all interested parties within five (5) days of the date of entry.