Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−32198−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia Jones
   fka Alicia Jacobson Jones
   59 Brookdale Avenue
   Newark, NJ 07106

Social Security No.:
   xxx−xx−5039

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

on 7/13/21 at 10:00 AM

to consider and act upon the following:

*139* − Application re: Retention of Professional, A. Atkins Appraisal Corporation Filed by Steven P. Kartzman on behalf of Steven P. Kartzman. Objection deadline is 6/17/2021. (Attachments: # 1 Certification of Professional in Support of Application # 2 Proposed Order Authorizing Retention of Professional # 3 Certificate of Service) (Kartzman, Steven)

*145* − Certification in Opposition to (related document:139 Application re: Retention of Professional, A. Atkins Appraisal Corporation Filed by Steven P. Kartzman on behalf of Steven P. Kartzman. Objection deadline is 6/17/2021. (Attachments: # 1 Certification of Professional in Support of Application # 2 Proposed Order Authorizing Retention of Professional # 3 Certificate of Service) filed by Trustee Steven P. Kartzman) filed by Michelle Labayen on behalf of Alicia Jones. (Labayen, Michelle)

Dated: 6/17/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court