Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−32198−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia Jones
   fka Alicia Jacobson Jones
   59 Brookdale Avenue
   Newark, NJ 07106

Social Security No.:
   xxx−xx−5039

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

on 7/13/21 at 10:00 AM

to consider and act upon the following:

*139* − Application re: Retention of Professional, A. Atkins Appraisal Corporation Filed by Steven P. Kartzman on behalf of Steven P. Kartzman. Objection deadline is 6/17/2021. (Attachments: # 1 Certification of Professional in Support of Application # 2 Proposed Order Authorizing Retention of Professional # 3 Certificate of Service) (Kartzman, Steven)

*145* − Certification in Opposition to (related document:139 Application re: Retention of Professional, A. Atkins Appraisal Corporation Filed by Steven P. Kartzman on behalf of Steven P. Kartzman. Objection deadline is 6/17/2021. (Attachments: # 1 Certification of Professional in Support of Application # 2 Proposed Order Authorizing Retention of Professional # 3 Certificate of Service) filed by Trustee Steven P. Kartzman) filed by Michelle Labayen on behalf of Alicia Jones. (Labayen, Michelle)

Dated: 6/17/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Alicia Jones  
    Debtor

Case No. 18-32198-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 17, 2021      Form ID: ntchrgbk      Total Noticed: 6

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia Jones, 59 Brookdale Avenue, Newark, NJ 07106-1813 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibtaltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| r | + | KW Midtown Direct Realty, 223 Mountain Avenue, Springfield, NJ 07081-2213 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: BNC@magtrustee.com | Jun 17 2021 20:35:00 | Marie-Ann Greenberg, Chapter 13 Standing Trustee, 30 Two Bridges Rd, Suite 330, Fairfield, NJ 07004-1550 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2021 20:51:23 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2021 | Form ID: ntchrgbk | Total Noticed: 6 |

    Mortgage Acquisition Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Judah B Loewenstein

    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Laura M. Egerman

    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Michelle Labayen

    on behalf of Debtor Alicia Jones michelle@labayenlaw.com  silvia@labayenlaw.com;priscilla@labayenlaw.com

Rebecca Ann Solarz

    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust rsolarz@kmllawgroup.com

Steven A. Jayson

    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

    kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers

    on behalf of Creditor U.S. Bank National Association  as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series 2007-WFHE2 ecf@powerskirn.com

William M.E. Powers, III

    on behalf of Creditor U.S. Bank National Association  as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series 2007-WFHE2 ecf@powerskirn.com

TOTAL: 12