**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven A. Jayson, Esq.
Tel. (973) 267-0220
sjayson@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

Order Filed on July 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>ALICIA JONES,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 18-32198 (VFP)<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |

## ORDER DENYING THE DEBTOR'S MOTION TO COMPEL ABANDONMENT WITHOUT PREJUDICE

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: July 27, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:     Alicia Jones
Case No.:   18-32198 (VFP)
Caption:    Order Denying the Debtor's Motion to Compel Abandonment Without Prejudice

---

THIS MATTER having been brought before the Court by the Debtor, Alicia Jones (the "Debtor"), by and through her attorneys the Law Offices of Michelle Labayen PC, for entry of an Order Compelling the Chapter 7 Trustee, Steven P. Kartzman (the "Trustee"), to Abandon the Debtor's Automobiles (the "Motion"); and it appearing that notice of the motion has been duly served; and the Court having considered opposition to the Motion and the arguments of counsel, and good cause having been shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. The Debtor's Motion to Compel the Trustee to Abandon the Debtor's Automobiles is hereby denied without prejudice.

2. All issues concerning the allowance of any exemptions under 11 U.S.C. 522(d) are expressly reserved.

3. The Trustee shall have forty-five (45) days from the entry of this Order to have the Automobiles appraised, and to file a Notice of Proposed Abandonment, a Notice of Proposed Private Sale, or a Notice of Proposed Public Sale (the "Notice of Intent").

4. The Trustee may submit a letter to the Court should the Debtor fail to cooperate in granting the Trustee's appraiser access to the automobiles. In that event, the Court may grant an extension of the forty-five (45) day period.

5. The Debtor shall have fourteen (14) days from the date of the Trustee's filing of the Notice of Intent to file opposition.

6. The Trustee may submit a reply no less than four (4) days before the hearing date on the Notice of Intent.

Debtor: Alicia Jones
Case No.: 18-32198 (VFP)
Caption: Order Denying the Debtor's Motion to Compel Abandonment Without Prejudice

---

7. The Court will then make a determination whether the Automobiles shall be abandoned by the Trustee or may be sold pursuant to the Notice of Proposed Private Sale or Notice of Proposed Public Sale.

8. A copy of this Order shall be served on all parties who are affected by this action within seven (7) days of the date hereof.

---

The undersigned hereby consents
to the form of this Order

**MICHELLE LABAYEN PC**
*Attorneys for the Debtor*

BY: _____
MICHELLE LABAYEN, ESQ.

Dated: 7/22/21

**MELLINGER KARTZMAN LLC**
*Attorneys for the Trustee*

BY: _____
STEVEN A. JAYSON, ESQ.

Dated: July 22, 2021