**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Steven A. Jayson, Esq.
Tel. (973) 267-0220
sjayson@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

Order Filed on July 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| ALICIA JONES, | Case No. 18-32198 (VFP) |
| Debtor. | Chapter 7 |
|  | Honorable Vincent F. Papalia |

## ORDER DENYING THE DEBTOR'S MOTION TO COMPEL ABANDONMENT
### WITHOUT PREJUDICE

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: July 27, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Alicia Jones
Case No.: 18-32198 (VFP)
Caption: Order Denying the Debtor's Motion to Compel Abandonment Without Prejudice

---

THIS MATTER having been brought before the Court by the Debtor, Alicia Jones (the "Debtor"), by and through her attorneys the Law Offices of Michelle Labayen PC, for entry of an Order Compelling the Chapter 7 Trustee, Steven P. Kartzman (the "Trustee"), to Abandon the Debtor's Automobiles (the "Motion"); and it appearing that notice of the motion has been duly served; and the Court having considered opposition to the Motion and the arguments of counsel, and good cause having been shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. The Debtor's Motion to Compel the Trustee to Abandon the Debtor's Automobiles is hereby denied without prejudice.

2. All issues concerning the allowance of any exemptions under 11 U.S.C. 522(d) are expressly reserved.

3. The Trustee shall have forty-five (45) days from the entry of this Order to have the Automobiles appraised, and to file a Notice of Proposed Abandonment, a Notice of Proposed Private Sale, or a Notice of Proposed Public Sale (the "Notice of Intent").

4. The Trustee may submit a letter to the Court should the Debtor fail to cooperate in granting the Trustee's appraiser access to the automobiles. In that event, the Court may grant an extension of the forty-five (45) day period.

5. The Debtor shall have fourteen (14) days from the date of the Trustee's filing of the Notice of Intent to file opposition.

6. The Trustee may submit a reply no less than four (4) days before the hearing date on the Notice of Intent.

Debtor: Alicia Jones
Case No.: 18-32198 (VFP)
Caption: Order Denying the Debtor's Motion to Compel Abandonment Without Prejudice

---

7. The Court will then make a determination whether the Automobiles shall be abandoned by the Trustee or may be sold pursuant to the Notice of Proposed Private Sale or Notice of Proposed Public Sale.

8. A copy of this Order shall be served on all parties who are affected by this action within seven (7) days of the date hereof.

---

The undersigned hereby consents
to the form of this Order

**MICHELLE LABAYEN PC**
*Attorneys for the Debtor*

BY: _____
MICHELLE LABAYEN, ESQ.

Dated: 7/22/21

**MELLINGER KARTZMAN LLC**
*Attorneys for the Trustee*

BY: _____
STEVEN A. JAYSON, ESQ.

Dated: July 22, 2021

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-32198-VFP
Alicia Jones                                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 27, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alicia Jones, 59 Brookdale Avenue, Newark, NJ 07106-1813 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Debtor Alicia Jones michelle@labayenlaw.com silvia@labayenlaw.com;priscilla@labayenlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 27, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Rebecca Ann Solarz
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust rsolarz@kmllawgroup.com

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor U.S. Bank National Association  as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series 2007-WFHE2 ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor U.S. Bank National Association  as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series 2007-WFHE2 ecf@powerskirn.com

TOTAL: 12