UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-32198 (VFP) |
|---|---|---|
| ALICIA JONES, | Chapter: | 7 |
| DEBTOR. | Judge: | Vincent F. Papalia |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

<u>Steven P. Kartzman</u>, <u>Chapter 7</u> <u>Trustee</u>, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk
Martin Luther King Jr. Federal Building
50 Walnut Street, P.O. Box 1352
Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on September 14, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: The Trustee identified three vehicles owned by the Debtor: (1) a 2008 Mercedes-Benz ML63 AMG 4MATIC Sport Utility 4 Door (the "Mercedes-Benz"); (2) a 2007 BMW 650i 2 Door Coupe (the "BMW"); and (3) a 2011 Land Rover Ranger Rover Sport HSE Luxury 4 Door Suv (the "Land Rover"). Pursuant to a July 26, 2021 Appraisal Report, the Mercedes-Benz appraised for $6,500.00, the BMW appraised for $3,500, and the Land Rover appraised for $8,000. The Trustee entered into negotiations with the Debtor's attorney, and the parties agreed that the Debtor would pay to the Trustee the sum of $10,000.00 which represents the appraised value of the Mercedes Benz and the BMW. In turn, the Trustee would not object to the Debtor's efforts to fully exempt the Land Rover.

Pertinent terms of settlement: the Debtor shall pay the sum of $10,000.00 within ten days of the entry of the Consent Order in order to redeem the appraised value of the Mercedes Benz and the BMW; the Debtor shall be entitled to exempt $8,000.00 pursuant to 11 U.S.C. §§ 522(d)(2) and (d)(5) in order to fully exempt the Land Rover; the IRS will voluntarily waive it rights pursuant to 11 U.S.C. § 522(c)(2)(B) as it pertains to the Debtor's use of exemptions pursuant to 11 U.S.C. §§ 522(d)(2) and (d)(5) in order to fully exempt the Land Rover. The IRS does not waive its rights pursuant to 11 U.S.C. § 522(c)(2)(B) as it pertains to the Mercedes-Benz and the BMW. The Trustee believes that the settlement is in the best interests of the estate as it maximizes value and will avoid unnecessary litigation, the cost of which would necessarily diminish any additional recovery.

Objections must be served on, and requests for additional information directed to:

Name:          /s/ <u>Steven P. Kartzman, Esq., Mellinger Kartzman</u>

Address:       <u>101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950</u>

Telephone No.: <u>(973) 267-0220</u>

United States Bankruptcy Court

District of New Jersey

In re:  
Alicia Jones  
    Debtor

Case No. 18-32198-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Aug 16, 2021     Form ID: pdf905     Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia Jones, 59 Brookdale Avenue, Newark, NJ 07106-1813 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibtaltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| r | + | KW Midtown Direct Realty, 223 Mountain Avenue, Springfield, NJ 07081-2213 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517922234 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517860856 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517860859 | + | Cardiac Care of North Jersey, 340 East Northfield Road, Suite 2C, Livingston, NJ 07039-4892 |
| 517860864 | + | Eos Cca, Attn: Bankruptcy, Po Box 329, Norwell, MA 02061-0329 |
| 517860865 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 517860866 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 517860867 | + | Imaging Consultants of Essex, PO Box 3247, Indianapolis, IN 46206-3247 |
| 517860870 | + | New Jersey Anesthesia Associates, 200 S Orange Ave, Livingston, NJ 07039-5817 |
| 517860871 | + | New Jersey Gross Income Tax, P.O Box 046, Trenton, NJ 08646-0046 |
| 517860874 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 518064217 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517860878 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 517860879 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 517958300 | | U.S. Bank National Association, as Trustee, c/o Wells Fargo Bank, N.A. as Servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517860881 | + | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 517860882 | #+ | Unified Vailsburg Services, 42 Richelieu Terrace, Newark, NJ 07106-1634 |
| 517860886 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517860884 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 517973622 | + | WILMINGTON SAVINGS FUND SOCIETY, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |
| 517973040 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |
| 517952069 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517860885 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 517873151 | + | Wilmington Savings Fund Society, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: BNC@magtrustee.com | Aug 16 2021 20:37:00 | Marie-Ann Greenberg, Chapter 13 Standing Trustee, 30 Two Bridges Rd, Suite 330, Fairfield, NJ 07004-1550 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |

Case 18-32198-VFP    Doc 172    Filed 08/18/21    Entered 08/19/21 00:10:25    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 16, 2021 | Form ID: pdf905 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 16 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 16 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Aug 16 2021 20:37:00 | Alan Atkins, A. Atkins Apprailal Corp., 122 Clinton Road, Suite 2A, Fairfield, NJ 07004-2900 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 20:47:22 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517860857 | + | Email/Text: g20956@att.com | Aug 16 2021 20:37:00 | AT&T Mobility, 1025 Lenox Park Blvd. NE, Atlanta, GA 30319-5309 |
| 517894207 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 16 2021 20:47:23 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517860858 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 16 2021 20:47:03 | Capital One Bank USA N., 15000 Capital One Drive, Richmond, VA 23238 |
| 517860861 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Aug 16 2021 20:37:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 517860862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2021 20:47:24 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517860863 | + | Email/Text: bankruptcy@credencerm.com | Aug 16 2021 20:37:00 | Credence Resource Management, Po Box 2300, Southgate, MI 48195-4300 |
| 517957551 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 16 2021 20:47:06 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517860868 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 16 2021 20:37:00 | Internal Revenue Service, P.O. Box 804527, Cincinnati, OH 45280-4527 |
| 517860860 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 16 2021 20:47:13 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517860872 | + | Email/Text: bnc@nordstrom.com | Aug 16 2021 20:37:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 517860873 | + | Email/Text: bankruptcy@onlineis.com | Aug 16 2021 20:37:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 517973105 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2021 20:47:14 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 517973106 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2021 20:47:23 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517860875 | + | Email/Text: bankruptcy@savit.com | Aug 16 2021 20:37:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 517860876 | + | Email/Text: bkteam@selenefinance.com | Aug 16 2021 20:37:00 | Selene Finance, Po Box 422039, Houston, TX 77242-4239 |
| 517860877 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 20:47:23 | Synchrony Bank, PO BOX 960061, Orlando, FL 32896-0061 |
| 517863432 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 20:47:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518557181 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 16 2021 20:47:15 | TD Bank, USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517860880 | | Email/Text: DASPUBREC@transunion.com | Aug 16 2021 20:37:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 517963699 | + | Email/Text: documentfiling@lciinc.com | Aug 16 2021 20:37:00 | Varius Holdings, LLC, PO BOX 1931, |

|  |  |  |  | Burlingame, CA 94011-1931 |
|---|---|---|---|---|
| 517860883 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Aug 16 2021 20:37:00 | | Verizon, P.O Box 4833, Trenton, NJ 08650-4833 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517860869 | ##+ | KML Law Group PC, 216 Haddon Avenue, ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021                     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Debtor Alicia Jones michelle@labayenlaw.com silvia@labayenlaw.com;priscilla@labayenlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust rsolarz@kmllawgroup.com |
| Steven A. Jayson | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |

District/off: 0312-2      User: admin      Page 4 of 4

Date Rcvd: Aug 16, 2021      Form ID: pdf905      Total Noticed: 53

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor U.S. Bank National Association as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series 2007-WFHE2 ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor U.S. Bank National Association as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series 2007-WFHE2 ecf@powerskirn.com

TOTAL: 12