Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18–32198–VFP
                Chapter: 7
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alicia Jones
  fka Alicia Jacobson Jones
  59 Brookdale Avenue
  Newark, NJ 07106

Social Security No.:
  xxx–xx–5039

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I _Sharon Joyce Purce_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Notice of Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Resolving Claim for Turnover of Property of the Estate to the Trustee

Dated: September 13, 2021
JAN: sjp

                                                                                   Jeanne Naughton
                                                                                  Clerk