UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  

Alicia Jones,
    Debtor.

Case No.: 18-32198-VFP

Chapter 7

Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on October 13, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property:  1. 2008 Mercedes-Benz ML63 AMG 4MATIC Sport Utility 4 Door
              (the "Mercedes-Benz").
       2. 2007 BMW 650i 2 Door Coupe (the "BMW")

Value of Property:   1. Mercedes Benz: $6,500 (Per A. Atkins Appraisal Corp. 7/26/21 Appraisal report)
                  2. BMW: $3,500 (Per A. Atkins Appraisal Corp. 7/26/21 Appraisal report)

On August 24, 2021, the Court entered a Consent Order between the Trustee and the Debtor providing for the Debtor to pay the sum of $10,000.00 to the Trustee in order to redeem the appraised value of the Mercedes Benz and the BMW. Upon receipt in full of the $10,000.00, the Trustee was to abandon the property described above. Payment in full has now been received.

Liens on property: As scheduled by the Debtor

Amount of equity claimed as exempt: As scheduled by the Debtor

Objections must be served on, and requests for additional information directed to:

Name:       Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman, LLC
Address:    101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950
Telephone: 973.267.0220