UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Case No.: 18-32198-VFP |
|---|---|
| Alicia Jones,<br>    Debtor. | Chapter 7 |
| | Judge: Vincent F. Papalia |

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on October 13, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property:  1. 2008 Mercedes-Benz ML63 AMG 4MATIC Sport Utility 4 Door
                              (the "Mercedes-Benz").
                      2. 2007 BMW 650i 2 Door Coupe (the "BMW")

Value of Property:   1. Mercedes Benz: $6,500 (Per A. Atkins Appraisal Corp. 7/26/21 Appraisal report)
                      2. BMW: $3,500 (Per A. Atkins Appraisal Corp. 7/26/21 Appraisal report)

On August 24, 2021, the Court entered a Consent Order between the Trustee and the Debtor providing for the Debtor to pay the sum of $10,000.00 to the Trustee in order to redeem the appraised value of the Mercedes Benz and the BMW. Upon receipt in full of the $10,000.00, the Trustee was to abandon the property described above. Payment in full has now been received.

Liens on property:  As scheduled by the Debtor

Amount of equity claimed as exempt:  As scheduled by the Debtor

Objections must be served on, and requests for additional information directed to:

Name:        Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman, LLC
Address:     101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950
Telephone:   973.267.0220

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-32198-VFP |
| Alicia Jones | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 15, 2021 | Form ID: pdf905 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia Jones, 59 Brookdale Avenue, Newark, NJ 07106-1813 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibtaltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| r | + | KW Midtown Direct Realty, 223 Mountain Avenue, Springfield, NJ 07081-2213 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517922234 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517860856 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517860859 | + | Cardiac Care of North Jersey, 340 East Northfield Road, Suite 2C, Livingston, NJ 07039-4892 |
| 517860864 | + | Eos Cca, Attn: Bankruptcy, Po Box 329, Norwell, MA 02061-0329 |
| 517860865 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 517860866 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 517860867 | + | Imaging Consultants of Essex, PO Box 3247, Indianapolis, IN 46206-3247 |
| 517860870 | + | New Jersey Anesthesia Associates, 200 S Orange Ave, Livingston, NJ 07039-5817 |
| 517860871 | + | New Jersey Gross Income Tax, P.O Box 046, Trenton, NJ 08646-0046 |
| 517860874 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 518064217 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517860878 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 517860879 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 517958300 | | U.S. Bank National Association, as Trustee, c/o Wells Fargo Bank, N.A. as Servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517860881 | + | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 517860882 | #+ | Unified Vailsburg Services, 42 Richelieu Terrace, Newark, NJ 07106-1634 |
| 517860886 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517860884 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 517973622 | + | WILMINGTON SAVINGS FUND SOCIETY, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |
| 517973040 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |
| 517952069 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517860885 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 517873151 | + | Wilmington Savings Fund Society, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: BNC@magtrustee.com | Sep 15 2021 20:28:00 | Marie-Ann Greenberg, Chapter 13 Standing Trustee, 30 Two Bridges Rd, Suite 330, Fairfield, NJ 07004-1550 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: pdf905 | Total Noticed: 53 |

| Recip ID | | Notice Type/Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 15 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Sep 15 2021 20:28:00 | Alan Atkins, A. Atkins Apprailal Corp., 122 Clinton Road, Suite 2A, Fairfield, NJ 07004-2900 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2021 20:36:53 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517860857 | + | Email/Text: g20956@att.com | Sep 15 2021 20:28:00 | AT&T Mobility, 1025 Lenox Park Blvd. NE, Atlanta, GA 30319-5309 |
| 517894207 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 15 2021 20:36:56 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517860858 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 15 2021 20:37:00 | Capital One Bank USA N., 15000 Capital One Drive, Richmond, VA 23238 |
| 517860861 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Sep 15 2021 20:28:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 517860862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2021 20:37:09 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517860863 | + | Email/Text: bankruptcy@credencerm.com | Sep 15 2021 20:28:00 | Credence Resource Management, Po Box 2300, Southgate, MI 48195-4300 |
| 517957551 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 15 2021 20:36:57 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517860868 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2021 20:28:00 | Internal Revenue Service, P.O. Box 804527, Cincinnati, OH 45280-4527 |
| 517860860 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 15 2021 20:36:53 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517860872 | + | Email/Text: bnc@nordstrom.com | Sep 15 2021 20:28:57 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 517860873 | + | Email/Text: bankruptcy@onlineis.com | Sep 15 2021 20:28:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 517973105 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2021 20:37:08 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 517973106 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2021 20:37:01 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517860875 | + | Email/Text: bankruptcy@savit.com | Sep 15 2021 20:28:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 517860876 | + | Email/Text: bkteam@selenefinance.com | Sep 15 2021 20:28:00 | Selene Finance, Po Box 422039, Houston, TX 77242-4239 |
| 517860877 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2021 20:36:53 | Synchrony Bank, PO BOX 960061, Orlando, FL 32896-0061 |
| 517863432 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2021 20:36:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518557181 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 15 2021 20:37:09 | TD Bank, USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517860880 | | Email/Text: DASPUBREC@transunion.com | Sep 15 2021 20:28:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 517860881 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 15 2021 20:28:00 | U.S. Department of Education, Ecmc/Bankruptcy, |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: pdf905 | Total Noticed: 53 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Po Box 16408, Saint Paul, MN 55116-0408 |
| 517963699 | + | Email/Text: documentfiling@lciinc.com | Sep 15 2021 20:28:00 | Varius Holdings, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 517860883 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 15 2021 20:28:00 | Verizon, P.O Box 4833, Trenton, NJ 08650-4833 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517860869 | ##+ | KML Law Group PC, 216 Haddon Avenue, ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Debtor Alicia Jones michelle@labayenlaw.com  silvia@labayenlaw.com;priscilla@labayenlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust rsolarz@kmllawgroup.com |
| Steven A. Jayson | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |

| | |
|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 15, 2021 | Form ID: pdf905 | Total Noticed: 53 |

kartztee@optonline.net
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers

on behalf of Creditor U.S. Bank National Association as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series 2007-WFHE2 ecf@powerskirn.com

William M.E. Powers, III

on behalf of Creditor U.S. Bank National Association as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series 2007-WFHE2 ecf@powerskirn.com

TOTAL: 12