Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–32198–VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alicia Jones
  fka Alicia Jacobson Jones
  59 Brookdale Avenue
  Newark, NJ 07106

Social Security No.:
  xxx–xx–5039

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

  I  Sharon Joyce Purce , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

1. 2008 Mercedes–Benz ML63 AMG 4MATIC Sport Utility 4 Door.
2. 2007 BMW 650i 2 Door Coupe.


Dated: October 7, 2021
JAN: sjp

                                        Jeanne Naughton
                                        Clerk