Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  18−32198−VFP
    Chapter:  7
    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia Jones
   fka Alicia Jacobson Jones
   59 Brookdale Avenue
   Newark, NJ 07106

Social Security No.:
   xxx−xx−5039

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       2/15/22
Time:      02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Mellinger Kartzman LLC

COMMISSION OR FEES
47,368.00

EXPENSES
483.30

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 19, 2022
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Alicia Jones  
    Debtor

Case No. 18-32198-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Jan 19, 2022      Form ID: 137      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia Jones, 59 Brookdale Avenue, Newark, NJ 07106-1813 |
| r | + | KW Midtown Direct Realty, 223 Mountain Avenue, Springfield, NJ 07081-2213 |
| 517860859 | + | Cardiac Care of North Jersey, 340 East Northfield Road, Suite 2C, Livingston, NJ 07039-4892 |
| 517860864 | + | Eos Cca, Attn: Bankruptcy, Po Box 329, Norwell, MA 02061-0329 |
| 517860865 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 517860866 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 517860867 | + | Imaging Consultants of Essex, PO Box 3247, Indianapolis, IN 46206-3247 |
| 517860870 | + | New Jersey Anesthesia Associates, 200 S Orange Ave, Livingston, NJ 07039-5817 |
| 517860871 | + | New Jersey Gross Income Tax, P.O Box 046, Trenton, NJ 08646-0046 |
| 517860874 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 518064217 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517860878 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 517958300 | | U.S. Bank National Association, as Trustee, c/o Wells Fargo Bank, N.A. as Servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517860882 | #+ | Unified Vailsburg Services, 42 Richelieu Terrace, Newark, NJ 07106-1634 |
| 517860886 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517860884 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 517973622 | + | WILMINGTON SAVINGS FUND SOCIETY, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |
| 517973040 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |
| 517952069 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517860885 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: attorneys@msklaw.net | Jan 19 2022 20:38:00 | Mellinger, Sanders & Kartzman, LLC, 101 Gibtaltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| tr | | Email/Text: BNC@magtrustee.com | Jan 19 2022 20:38:00 | Marie-Ann Greenberg, Chapter 13 Standing Trustee, 30 Two Bridges Rd, Suite 330, Fairfield, NJ 07004-1550 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 18-32198-VFP    Doc 184    Filed 01/21/22    Entered 01/22/22 00:15:01    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: 137 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| app | + | Email/Text: atkinsappraisal@aol.com | Jan 19 2022 20:38:00 | Alan Atkins, A. Atkins Appraisal Corp., 122 Clinton Road, Suite 2A, Fairfield, NJ 07004-2900 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 20:41:12 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 19 2022 20:38:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517860857 | + | Email/Text: g20956@att.com | Jan 19 2022 20:38:00 | AT&T Mobility, 1025 Lenox Park Blvd. NE, Atlanta, GA 30319-5309 |
| 517922234 | | Email/PDF: bncnotices@becket-lee.com | Jan 19 2022 20:41:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517860856 | + | Email/PDF: bncnotices@becket-lee.com | Jan 19 2022 20:41:31 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517894207 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 19 2022 20:41:32 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517860858 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2022 20:41:14 | Capital One Bank USA N., 15000 Capital One Drive, Richmond, VA 23238 |
| 517860861 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jan 19 2022 20:38:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 517860862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2022 20:52:56 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517860863 | + | Email/Text: bankruptcy@credencerm.com | Jan 19 2022 20:38:00 | Credence Resource Management, Po Box 2300, Southgate, MI 48195-4300 |
| 517957551 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 19 2022 20:41:32 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517860868 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 19 2022 20:38:00 | Internal Revenue Service, P.O. Box 804527, Cincinnati, OH 45280-4527 |
| 517860860 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 19 2022 20:41:29 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517860872 | + | Email/Text: bnc@nordstrom.com | Jan 19 2022 20:38:03 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 517860873 | + | Email/Text: bankruptcy@onlineis.com | Jan 19 2022 20:38:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 517973105 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 19 2022 20:41:31 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 517973106 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 19 2022 20:41:21 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517860875 | + | Email/Text: bankruptcy@savit.com | Jan 19 2022 20:38:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 517860876 | + | Email/Text: bkteam@selenefinance.com | Jan 19 2022 20:38:00 | Selene Finance, Po Box 422039, Houston, TX 77242-4239 |
| 517860877 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 20:41:27 | Synchrony Bank, PO BOX 960061, Orlando, FL 32896-0061 |
| 517863432 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 20:41:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518557181 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 19 2022 20:41:09 | TD Bank, USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517860880 | | Email/Text: DASPUBREC@transunion.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: 137 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 19 2022 20:38:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 517860879 | + | Email/PDF: tbiedi@PRAGroup.com | | |
| | | | Jan 19 2022 20:41:07 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 517860881 | + | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Jan 19 2022 20:38:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 517963699 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Jan 19 2022 20:38:00 | Varius Holdings, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 517860883 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jan 19 2022 20:37:00 | Verizon, P.O Box 4833, Trenton, NJ 08650-4833 |
| 517873151 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jan 19 2022 20:38:00 | Wilmington Savings Fund Society, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517860869 | ##+ | KML Law Group PC, 216 Haddon Avenue, ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Debtor Alicia Jones michelle@labayenlaw.com  silvia@labayenlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 19, 2022 | Form ID: 137 | Total Noticed: 53 |

|  |  |
|---|---|
|  | Mortgage Acquisition Trust rsolarz@kmllawgroup.com |
| Steven A. Jayson | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor U.S. Bank National Association as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series 2007-WFHE2 ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor U.S. Bank National Association as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE2, Asset-Backed Pass-Through Certificates, Series 2007-WFHE2 ecf@powerskirn.com |

TOTAL: 12