UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>
**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
By:  Steven P. Kartzman, Esq.
skartzman@msklaw.net
Attorneys for Chapter 7
Trustee, Steven P. Kartzman

In Re:

**ALICIA JONES**

                **Debtor.**

**Order Filed on February 15, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 18-32198-VFP

Chapter 7

Hearing Date:   February 15, 2022
@ 2:00 p.m.

Judge: Honorable  Vincent Papalia

### ORDER GRANTING ALLOWANCES ON PETITION FOR COMPENSATION TO ATTORNEY FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, number two (2)  is hereby **ORDERED**.

**DATED: February 15, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

Debtor: Alicia Jones

Case No.: 18-32198-VFP

Caption of Order: Order Granting Allowances

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
| --- | --- | --- |
| Mellinger Kartzman LLC (Attorneys for Chapter 7 Trustee) | $47,368.00 | $483.30 |